IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Eric Alan Sanders, | ) | C/A No. 0:15-2313-JMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Lowe's Home Centers, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The plaintiff, Eric Alan Sanders, filed this civil action in June 2015. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On July 25, 2016, the court issued an Order extending the dispositive motions deadline until August 24, 2016. (ECF No. 77.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **March 29, 2017** and advise the court as to whether the case is ready for trial.

    **IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

March 15, 2017
Columbia, South Carolina