FILED: April 3, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2151
(0:15-cv-02313-JMC-PJG)

_____

ERIC ALAN SANDERS

      Plaintiff - Appellant

v.

LOWE'S HOME CENTERS, LLC

      Defendant - Appellee

and

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, of Charlotte, NC; JOHN HAYWARD; MIKE CALZAREETA; DOUG FORD; RAYVON IRBY

      Defendants

_____

J U D G M E N T

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK